E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH
Special Assistant United States Attorney
     6401 Security Blvd.
     Baltimore, MD 21235
     San Francisco, CA  94105
     Telephone: 510-970-4819
     e-mail: Geralyn.Gulseth@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAVID REAVELY,

     Plaintiff,

vs.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 5:23-cv-01783-SSS-JPR

JUDGMENT OF REMAND

     The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  11/1/2023

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE